HONORABLE THOMAS O. RICE

James S. Elliott, WSBA #28420
HALVERSON | NORTHWEST LAW GROUP P.C.
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone: 509-248-6030
Facsimile: 509-453-6880
Email: jelliott@hnw.law

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE DE JESUS LOPEZ ALCARAZ, CARLOS CORONADO GUERRERO, SERGIO GONZALEZ FREGOSO, JORGE LUIS HERNANDEZ TOSCANO, JOSE MIGUEL MORENO SAUCEDO, JAVIER VASQUEZ PEREZ, HUGO ZAPIEN RODRIGUEZ,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>RC ORCHARDS, L.L.C.; G & G ORCHARDS, INC., EGT ORCHARDS, L.L.C.; DG ORCHARDS, L.L.C; RENE GARCIA and CARMEN GARCIA, in their individual capacities and as a martial community,<br><br>　　　　　　　Defendants. | NO.   19-cv-03192-TOR<br><br>CORPORATE DISCLOSURE STATEMENT |

CORPORATE DISCLOSURE STATEMENT  - 1

Defendant RC Orchards, LLC hereby states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Defendant G & G Orchards, Inc. hereby states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Defendant EGT Orchards, LLC hereby states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Defendant DG Orchards, LLC hereby states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

DATED this 6th day of September, 2019.

     s/ James S. Elliott
James S. Elliott WSBA No. 28420
HALVERSON | NORTHWEST LAW GROUP P.C.
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone: (509) 248-6030
Fax: (509) 453-6880
Email: jelliott@hnw.law

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| Michele Besso | micheleb@nwjustice.org |
| Diana Lopez Batista | dianal@nwjustice.org |
| Alyson Dimmitt Gnam | alysond@nwjustice.org |

DATED this 6th day of September, 2019.

    /s/ Jennifer L. Fitzsimmons
Jennifer L. Fitzsimmons, Legal Assistant
HALVERSON NORTHWEST LAW GROUP P.C.

G:\MEF\RC ORCHARDS\Former Employee Violation Claims\Pleadings\Corporate Disclosure Statement.docx