UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE DE JESUS LOPEZ ALCARAZ, CARLOS CORONADO GUERRERO, SERGIO GONZALEZ FREGOSO, JORGE LUIS HERNANDEZ TOSCANO, JOSE MIGUEL MORENO SAUCEDO, JAVIER VASQUEZ PEREZ, HUGO ZAPIEN RODRIGUEZ,<br><br>               Plaintiffs,<br><br>   v.<br><br>RC ORCHARDS, L.L.C., G & G ORCHARDS, INC., EGT ORCHARDS, L.L.C., DG ORCHARDS, L.L.C., RENE GARCIA and CARMEN GARCIA in their individual capacities and as a marital community,<br><br>               Defendants. | NO: 1:19-CV-3192-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Motion for Stipulation of Dismissal (ECF No. 15). The stipulation is filed pursuant to Federal Rule of Civil Procedure

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

41(a)(1)(A)(ii) and provides for dismissal of the above-captioned matter with prejudice and without an award of costs to any party.  The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiffs' claims in the above-captioned action are **DISMISSED** with prejudice and without an award of costs to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED July 17, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2